JANET GRAHAM *v.* LAWRENCE BORNS ET AL.

The defendants' "Motion for Dismissal of Appeal," filed March 31, 1977, from the Superior Court in Hartford County is granted.

*Charles B. Alaimo,* for the appellee (named defendant).

*Phyllis Corneal,* for the appellants (plaintiffs).

Argued May 3—decided May 3, 1977

THE CITY NATIONAL BANK OF CONNECTICUT *v.* THE WATERBURY TITLE COMPANY ET AL.

The plaintiff's "Motion to Dismiss Appeal," filed April 6, 1977, from the Superior Court in Fairfield County is granted.

*Roy W. Moore III,* for the appellee (plaintiff).

*James V. Joy, Jr.,* for the appellant (named defendant).

Argued May 3—decided May 3, 1977

MARILYN R. ZIMMERMAN *v.* JANET G. GRAHAM ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is dismissed, the appeal having already been dismissed as a result of the order of this court dated March 1, 1977.

*Charles B. Alaimo,* for the appellee (plaintiff).

*Phyllis Corneal,* for the appellants (defendants).

Argued May 3—decided May 3, 1977